No. 439. Sachs v. United States. C. A. 9th Cir. Certiorari denied. *Bernard B. Laven* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 440. Roman Catholic Archbishop of Los Angeles, California, et al. v. City of San Marino et al. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Charles A. Horsky* for petitioners. *Robert H. Dunlap* and *John W. Holmes* for respondents.

No. 441. Avon Shoe Co., Inc., et al. v. David Crystal, Inc., et al. C. A. 2d Cir. Certiorari denied. *Ludwig M. Wilson* for petitioners. *Bernard A. Saslow* and *Harold S. Lynton* for respondents.

No. 444. Bandlow et al. v. Rothman et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Karl M. Dollak* for petitioners. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondents.

No. 450. Police Commissioner of Baltimore et al. v. Siegel Enterprises, Inc., trading as Siegel Book & Magazine Store. Court of Appeals of Maryland. Certiorari denied. *C. Ferdinand Sybert,* Attorney General of Maryland, and *James H. Norris, Jr.,* Special Assistant Attorney General, for petitioners. *Albert Polovoy* for respondent.